No. 11–5654. GOMEZ-ALMANZA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5655. HARMON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–5656. HOFFMAN-PORTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5658. CREECH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5661. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5662. SCHWAB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5665. PULIDO v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5670. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5671. VARHOLICK v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–5672. URIAS-SALAZAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5673. OVERBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5675. HAWKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5676. HOLMES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5677. ROGERS v. INGOLIA ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5679. SIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5680. QUEZADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.